IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.228.232.123

**ISP:** Optimum Online
**Physical Location:** Randolph Township, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/13/2019 21:00:41 | 039C90E33648679DE6EA85ECFB91AB39CFA7054A | Moonlight Sex Games |
| 01/19/2019 22:54:58 | 4DD26C4AA7C6CAE3C526F727BE246549C5348591 | SEX after WORK |
| 01/19/2019 21:28:58 | 1B2B9BE609E09E8C4CD4BCF426FCADB34F8CEEA5 | One Romantic Evening of Hot Sex |
| 11/16/2018 04:10:55 | 0E6127F9B2DFB3D21B9D992387D8AC1406AE9AE6 | Rock Me All Night Long |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

CNJ845